```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| DOLORES KRUG, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>FOCUS RECEIVABLES MANAGEMENT,<br>LLC, et al.,<br><br>                Defendants. | Civil No. 09-4310 (JEI/AMD) |

### ORDER ON INFORMAL APPLICATION

      This Matter having come before the Court by way of letter request dated October 21, 2010 from Philip D. Stern, Esquire, counsel for plaintiffs, for an Order requesting that the Court's Order requiring the motion for preliminary class approval to be filed by October 22, 2010 be withdrawn; and it appearing that defense counsel joins in this request; and for good cause shown:

      IT IS this **21st** day of **October 2010,** hereby

      **ORDERED** that the time within which to file any motion for preliminary class approval shall be, and hereby is, stayed; and it is further

      **ORDERED** that the Court will conduct a telephone status conference on **December 1, 2010 at 12:00 Noon**. Counsel for plaintiffs shall initiate the telephone call.

```
                              s/ Ann Marie Donio
                              ANN MARIE DONIO
                              United States Magistrate Judge
```

cc:  Hon. Joseph E. Irenas